## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GERALD JONES,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **4:22-cv-40026-JDL** |
| ) | |
| **SHERIFF ANDREW EVANGELIDAS,** ) | |
| ) | |
| ) | |
| **Respondent.** ) | |

## ORDER ON THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Petitioner Gerald Jones, an inmate at the Worcester County Jail and House of Correction, moves under 28 U.S.C.A. § 2241 (West 2022) for relief from pretrial custody (ECF No. 1). Jones argues that, in his state-court prosecution, his bail was illegally revoked and that he was deprived of effective assistance of counsel. United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 7) on Jones's motion on March 31, 2022, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022). Jones filed an objection (ECF No. 11) to the Recommended Decision on April 13, 2022.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

1

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 7) is hereby **ACCEPTED**, and Jones's 28 U.S.C.A. § 2241 motion (ECF No. 1) is **DISMISSED**.  It is further **ORDERED** that, to the extent a certificate of appealability is required, none should issue in the event Jones files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2) (West 2022).

**SO ORDERED.**

**Dated this 7th day of June, 2022.**

_____
  **/s/ Jon D. Levy**
  **CHIEF U.S. DISTRICT JUDGE**